**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

EDDY LETROY NEW,
    Plaintiff,

Case Number 3:13-cv-00094-SLG

v.

COMMISSIONER OF SOCIAL SECURITY,
    Defendant.    **JUDGMENT IN A CIVIL CASE**

\_\_\_ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_ **DECISION BY COURT.** This action came before the court. The issues have been duly considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT the Commissioner's decision is AFFIRMED.

APPROVED:

s/SHARON L. GLEASON
United States District Judge

Date: September 30, 2014

*NOTE: **Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.***

    Marvel Hansbraugh
    Marvel Hansbraugh,
    Clerk of Court

[New v Commissioner Judgment.wpd]{JMT2.WPT*Rev.3/03}